# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-14705-AMC

SHERRY L SCOTTON

38 E. PLEASANT STREET

PHILADELPHIA, PA 19119-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHERRY L SCOTTON

    38 E. PLEASANT STREET

    PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 12/18/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee