# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-14705-AMC

SHERRY L SCOTTON

38 E. PLEASANT STREET

PHILADELPHIA, PA 19119-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHERRY L SCOTTON

38 E. PLEASANT STREET

PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 6/21/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee