**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sherry L. Scotton aka S L Scotton<br>　　　　　　　　　　　Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>　　　　　v.<br>Sherry L. Scotton aka S L Scotton<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 17-14705 AMC |

## **ORDER**

AND NOW, this ____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 7, 2018  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 38 East Pleasant Street  Philadelphia, PA 19119.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 13, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Sherry L. Scotton aka S L Scotton
38 East Pleasant Street
Philadelphia, PA 19119

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532