# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 17-14705-AMC

SHERRY L SCOTTON

38 E. PLEASANT STREET

PHILADELPHIA, PA 19119-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SHERRY L SCOTTON

  38 E. PLEASANT STREET

  PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

                                          /S/ William C. Miller

Date: 6/7/2021                      _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee