United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 17-14705-amc

Sherry L Scotton                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 13, 2021                       Form ID: pdf900                              Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherry L Scotton, 38 E. Pleasant Street, Philadelphia, PA 19119-2142 |
| 13949906 | + | Alliant Capital, 3840 East Robinson Road, Suite 202, Buffalo, NY 14228-2001 |
| 14003207 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern NJ 19355-0701 |
| 13949909 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13949916 | + | Daniel J. Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 13949917 | | Global Credit & Collection Corp, 5540 N Cumberland Ave, STE 300, Chicago, IL 60656-1490 |
| 13949918 | + | Jonathan P. Cawley, Esq., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 13995869 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13963762 | + | Midfirst Bank, c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13949920 | + | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 13 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 13 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:35:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13949910 | | Email/Text: legal@arsnational.com | Jul 13 2021 23:26:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 13949905 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2021 23:26:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 13949907 | + | Email/Text: banko@acsnv.com | Jul 13 2021 23:26:00 | Allied Collection Services, 3080 South Durango Drive, Suite 208, Las Vegas, NV 89117-9194 |
| 13949911 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:35:55 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 13949912 | + | Email/Text: notices@burt-law.com | Jul 13 2021 23:26:00 | Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 14032505 | | Email/Text: megan.harper@phila.gov | Jul 13 2021 23:26:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13949913 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2021 23:26:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 13949915 | | Email/Text: cms-bk@cms-collect.com | Jul 13 2021 23:26:00 | Capital Management Services, LP, 698 1/2 South |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 30

Ogden Street, Buffalo, NY 14206-2317

| 13995343 | + Email/Text: bankruptcy@cavps.com | Jul 13 2021 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
|---|---|---|---|
| 13949922 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:36:01 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14007379 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2021 23:26:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 13949919 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2021 23:26:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13963367 | Email/PDF: cbp@onemainfinancial.com | Jul 13 2021 23:35:55 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13949921 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:35:55 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13986497 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:36:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13988109 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 13 2021 23:35:59 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13949908 | *+ | Allied Collection Services, 3080 South Durango Drive, Suite 208, Las Vegas, NV 89117-9194 |
| 13949914 | *+ | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Sherry L Scotton dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Jul 13, 2021                       Form ID: pdf900                            Total Noticed: 30

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
SHERRY L SCOTTON


        Debtor              Bankruptcy No. 17-14705-AMC

# O R D E R

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


Dated: July 13, 2021        _____
                                    Honorable Ashely M. Chan
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
SHERRY L SCOTTON

38 E. PLEASANT STREET

PHILADELPHIA, PA 19119-